UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

DEBTOR: BLACK REALTY INC.

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor hereby makes the following disclosure concerning Related cases, to the petitioner's best knowledge, information and belief:

  X   No related case is pending or has been pending at any time.

_____

  X   I am admitted to practice in the Eastern District of New York (Y/N):  Y

CERTIFICATION:

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

Dated: November 12, 2015                           s/Richard S. Feinsilver
                                                   _____
                                                   Richard S. Feinsilver, Esq. (rf5531)