# United States Bankruptcy Court
## Eastern District of New York

In re   **Black Realty Inc.**                                                Case No. _____

                            Debtor(s)                                        Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Rachel Yetim**, declare under penalty of perjury that I am the **President** of **Black Realty Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 11th day of November, 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Rachel Yetim, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Rachel Yetim, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Rachel Yetim, President** of this Corporation is authorized and directed to employ **Richard S. Feinsilver**, attorney and the law firm of **Richard S. Feinsilver Esq** to represent the corporation in such bankruptcy case."

Date ____11/16/15____                    Signed ____[signature]____
                                                Rachel Yetim

Resolution of Board of Directors
of
**Black Realty Inc.**

    Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Rachel Yetim, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

    Be It Further Resolved, that **Rachel Yetim, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **Rachel Yetim, President** of this Corporation is authorized and directed to employ **Richard S. Feinsilver**, attorney and the law firm of **Richard S. Feinsilver Esq** to represent the corporation in such bankruptcy case.

Date _____11/16/15_____    Signed _____[signature]_____

Date _____    Signed _____